UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JASON RONALD REINHART,

                Plaintiff,

    v.

NANCY A BERRYHILL Deputy Commissioner of Social Security for Operations,

                Defendant.

CASE NO. 3:17-CV-05831-DWC

ORDER ON MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES

      Currently pending before the Court is Plaintiff's Motion for EAJA Attorney's Fees ("Motion"). Dkt. 15. This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and Local Magistrate Judge Rule MJR 13. *See also* Consent to Proceed Before a United States Magistrate Judge, Dkt. 2.

      Plaintiff requests fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"). Dkt. 15. Defendant filed a Response stating she does not object to Plaintiff's Motion. Dkt. 16. Based on the EAJA, the attorney declaration, attorney time itemization (Dkt. 15-1), and

the relevant record, the Court orders EAJA attorney's fees of $ 2,558.27 ("EAJA Award"), be awarded to Plaintiff. *Astrue v. Ratliff*, 560 U.S. 586, 591–97 (2010).

The Acting Commissioner shall contact the Department of Treasury after this Order is entered to determine if the EAJA Award is subject to any offset. If there is an offset, any remainder shall be made payable to Plaintiff, based on the Department of the Treasury's Offset Program and standard practices. Any check for the EAJA Award shall be made payable to Plaintiff, Jason Reinhart, and mailed to Plaintiff's counsel, Ryan A. Johnson, at David B. Vail, Jennifer M. Cross-Euteneier, & Associates, P.O. Box 5707, Tacoma, Washington 98415-0707.

Dated this 24th day of July, 2018.

David W. Christel
United States Magistrate Judge